**Order entered November 21, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01300-CR

**RAUL R. RICOY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-54024-P**

## ORDER

The Court **REINSTATES** this appeal.

On October 9, 2013, we ordered the trial court to make findings regarding whether appellant waived his right to appeal after he was aware of the sentence that would be imposed and whether appellant desired to pursue the appeal. We **ADOPT** the trial court's findings that: (1) appellant entered an open plea of true to the allegations in the motion to adjudicate guilt; (2) appellant's waiver of the right to appeal was signed the day before he was sentenced and before appellant was aware of what his sentence would be, thus, appellant did not waive his right to appeal; (3) an amended certification has been prepared that accurately reflects the proceedings; (4) appellant desires to pursue the appeal; (5) appellant is indigent and the Dallas County Public

Defender's Office has been appointed to represent appellant in the appeal; and (6) counsel should be given thirty days from the date the reporter's record is filed to file a brief.

We note that the clerk's record was filed on October 23, 2013 and the reporter's records of the guilty plea, adjudication, and sentencing hearings were filed on April 8, 2013. Until now, however, appellant has not had an attorney to represent him on the appeal.

Accordingly, we **DIRECT** the Clerk to add Katherine Drew, Appellate-Chief, Dallas County Public Defender's Office, as appellant's attorney of record.

We **ORDER** appellant to file his brief by **DECEMBER 31, 2013**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Katherine Drew and to the Dallas County Public Defender's Office.


/s/      LANA MYERS
         JUSTICE